# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3089

_____

Fredy Rene Palma-Espinal

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 29, 2013
Filed: June 3, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Fredy Rene Palma-Espinal, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of his application for deferral of removal under the Convention Against Torture. We lack jurisdiction to review Palma-Espinal's petition for review because he was found to be removable as an alien who was convicted of

an aggravated felony and he does not raise in his brief any legal question or constitutional claim to challenge that finding. See 8 U.S.C. § 1252(a)(2)(C) (no court shall have jurisdiction to review final order of removal against alien who is removable by reason of committing criminal offense covered under, inter alia, 8 U.S.C. § 1227(a)(2)(A)(iii) (alien who is convicted of aggravated felony is removable)); Doe v. Holder, 651 F.3d 824, 828 (8th Cir. 2011) (where alien has been convicted of aggravated felony, appeals court has jurisdiction to review final order of removal only to extent that alien's petition for review presents constitutional claims or questions of law).

Accordingly, we dismiss the petition for review.

_____